

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales
Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of
Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

&

No. 04-16-00738-CV

**IN RE FE EXPRESS, LLC** and Francisco Javier Bernal

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The complete record in this case has been filed. In the interests of justice, we shorten the time for filing briefs and submission of the case. *See* TEX. R. APP. P. 38.6(d) ("The court may also, in the interests of justice, shorten the time for filing briefs and for submission of the case."). We order appellants to file their brief by **February 16, 2017**. We order appellees' brief due 20 days after appellants have filed their brief. Appellants' reply brief, if any, is due 10 days after appellees have filed their brief. The parties are advised that no extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court